OPINION — AG — **** CENTRAL PURCHASING — BIDS — PREFERENCE **** 61 O.S. 1961 SECTIONS 51[61-51] AND 52 [61-51] [61-52] WOULD NOT JUSTIFY THE STATE BOARD OF PUBLIC AFFAIRS GRANTING A PREFERENCE TO A DOMESTIC PRODUCER WHOSE BID WAS TEN PER CENT (10%) HIGHER THAN A SUPPLIER WHO SUBMITTED A BID FOR A PRODUCT IDENTICAL IN QUALITY WHICH WAS FOREIGN PRODUCED. THE FOREIGN MADE PRODUCT IS "SUBSTANTIALLY CHEAPER" THAN THAT BID BY THE DOMESTIC PRODUCER W. J. MONROE ** SEE: OPINION NO. 72-156 (1972) **